# UNITED STATES DISTRICT COURT
## Western District of Virginia, Roanoke Division
### PETTY OFFENSE MINUTE SHEET
#### Magistrate Judge Robert S. Ballou

CRD certifying recording    R. Mills, FTR          Date:   6/5/2013

Case #  __7:13PO39_____          Time in Court:  IA-10:36-10:39, 10:43-10:44 (4 mins.); Motion-11:44-11:53 (9 mins.)

Defendant___Joshua Goins_____          ☐ Sworn

Defense Counsel _____Randy Cargill, FPD_____

☐ Waived orally    ☐ CJA23 completed    ☐ Retained    ☐ CJA    X-FPD by oral order

AUSA __Craig Jacobsen_____

Officer __Ice, BRP_____          ☐ Sworn

**X-Initial Appearance/Arraignment** – Defendant advised of charges, rights and nature of proceedings.  Govt. advised it will seek jail time.  Deft. req. Court appt.  Fin. Aff. filed.  Cargill apptd.

**Plea**  by defendant      ☐ Guilty      ☐ Not Guilty      ☐ Nolo Contendre

X-  **Motions** - Statements by govt. re:  correct person receiving ticket.  Court cautions deft. re:  valid DL.

☐ to continue       ☐ Dft – notice executed, continued to _____       ☐ USA –continued to _____

    Trial date _____

    X- Dismiss by USA      X-granted      ☐ denied      ☐ Taken Under Advisement
    ☐ Dismiss by Dft        ☐ granted      ☐ denied      ☐ Taken Under Advisement
    ☐ 18 USC 3607           ☐ granted      ☐ denied      ☐ Taken Under Advisement

☐ **Detention**   ☐ Order of Temporary Detention      ☐ Order of Detention Pending Trial

☐ **Bond**    ☐ PR    ☐ U    ☐ S    ☐ 3PC   ☐ Surety      ☐ Standard Conditions
                                                      ☐ Special Conditions – See Comments

☐ **Bench Trial**        ☐ **PA**              ☐ **Guilty Plea**              ☐ **Sentencing**
    ☐ Proffer                ☐ Proffer               ☐ Proffer                    ☐ Proffer
    ☐ Evidence               ☐ Evidence              ☐ Statements                 ☐ Statements
    ☐ Exhibits               ☐ Exhibits              ☐ Exhibits                   ☐ Exhibits